**Order entered December 10, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01361-CV

## IN THE INTEREST OF D.D.P. AND S.Y.A., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-10172**

## ORDER

By letter dated November 20, 2018, we directed appellant to provide written verification she had requested the reporter's record. Although we cautioned that failure to comply by November 30, 2018 could result in the appeal being submitted without the reporter's record, appellant has not complied. *See* Tex. R. App. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her brief no later than January 9, 2019.

/s/     DAVID EVANS
         JUSTICE